Pulley, Administrator, *v.* Perfect.

*T. J. Merrifield* and *W. H. Calkins*, for appellant.

*S. I. Anthony, F. Church, S. E. Perkins, L. Jordan,* and *S. E. Perkins, Jr.,* for appellees.

———o———

## PULLEY, Adminstrator, *v.* PERFECT.

DECEDENTS' ESTATES.— *Claims.*—The statement of a claim filed against a decedent's estate consisted of a copy of a note given by the decedent to the claimant, and was accompanied by an affidavit as required by the statute. *Held,* that the statement was sufficient.

APPEAL from the Tipton Common Pleas.

RAY, C. J.—The appellee filed against the estate of which the appellant was administrator a claim for allowance.

The statement consisted of a copy of a note given to the appellee by the decedent on whose effects the administration was had, and was accompanied by an affidavit that the

claim was just and true and that there was no offset, as required by the statute. A demurrer was filed and overruled. Judgment for the appellee. The statement was sufficient. *Crabb* v. *Atwood*, 10 Ind. 322.

The judgment is affirmed, with costs.

*J. Green*, for appellant.

*N. R. Overman* and *G. W. Lowley*, for appellee.